IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LaSONYA PARRISH                                                                                    PLAINTIFF

VS.                                    CASE NO. 4-05 CV00001135 GH

ARVEST BANK GROUP, INC.                                                              DEFENDANT

## ORDER

GOOD CAUSE APPEARING, the deadline for the parties to exchange mandatory initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) is hereby extended by ten (10) days to October 14, 2005.

IT IS HEREBY ORDERED AND ADJUDGED, this 5th day of October, 2005.

_____
U.S. District Court Judge
Hon. George Howard