IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LaSONYA PARRISH                                                                          PLAINTIFF

vs.                                       CASE NO. 4:05CV1135GH

ARVEST BANK GROUP, INC.                                                        DEFENDANT

### ORDER

Pending before the Court is defendant's motion to dismiss. By Order entered October 25, 2005, the Court granted the motion of Luther Oneal Sutter, on behalf of himself and his law firm, Harris & Sutter, P.L.L.C. to withdraw as counsel for plaintiff and directed plaintiff to provide the Court, in writing and within twenty days of the date of the Order, a statement of whether she intended to proceed pro se or obtain substitute counsel. The Court advised plaintiff that the failure to comply with the Court's Order might result in dismissal of the complaint.

On November 22, 2005, Sutter filed a Certificate of Service indicating that on November 19, 2005, plaintiff was served with a copy of the October 25th Order and the scheduling order. Plaintiff has failed to file a statement within the time ordered.

Accordingly, the case is hereby dismissed without prejudice.

IT IS SO ORDERED this 15th day of December, 2005.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE

-1-